In the Matter of WILLIAM J. LATTIMER et al., Appellants, against RAYMOND J. EMERLING et al., as Members of the Board of Elections of the Town of Hamburg, Respondents.—

Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. TOLTON THIERRY, Appellant, against MICHAEL A. WAGNER, as Sheriff, Respondent.—

Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.

MARJORIE J. DOLAN et al., Respondents, v. STATE OF NEW YORK, Appellant. (Claim No. 32394.)—

Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.